UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOURNE VALLEY COURT TRUST, | 2:13-CV-00649-PMP-NJK |
| Plaintiff, | **ORDER** |
| vs. | |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

Having read and considered Plaintiff's Motion to Remand Case to State Court (Doc. #6) and Defendants' Responses in opposition thereto (Docs. #10 & #11), and Plaintiff having filed no Reply Memorandum, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Remand Case to State Court (Doc. #6) is **DENIED**.

DATED: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge