UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOURNE VALLEY COURT TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A. et al. ) <br> ) <br> Defendants. ) <br>  ) | 2:13-CV-00649-PMP-NJK <br><br> ORDER |

      On May 30, 2013, the Clerk of Court issued a notice of intent to dismiss pursuant to Federal Rule of Civil Procedure 4(m) resulting from Plaintiff Bourne Valley Court Trust's failure to file proof of service as to Defendants Renee Johnson and Wells Fargo Bank, N.A. (Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) of the Fed. R. of Civ. P. (Doc. #13).) The Clerk of Court directed Plaintiff to file proof of service as to Defendants Renee Johnson and Wells Fargo Bank, N.A. on or before June 29, 2013. (Id.)

      On May 30, 2013, Plaintiff filed proof of service as to Defendant Wells Fargo Bank, N.A. (Aff. of Service (Doc. #14).) To date, however, Plaintiff has not filed proof of service as to Defendant Renee Johnson, nor has Plaintiff shown good cause why such service was not made. The Court therefore will dismiss this action without prejudice as to Defendant Renee Johnson.

      IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to Defendant Renee Johnson.

DATED: October 28, 2013

_____
PHILIP M. PRO
United States District Judge