1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

9

BOURNE VALLEY COURT TRUST,

10

        Plaintiff,

11

 v.

12

WELLS FARGO BANK, N.A.; MTC

13

FINANCIAL INC.; RENEE JOHNSON,
and NEVADA LEGAL NEWS, LLC,

14

        Defendants.

15

2:13-CV-00649-PMP-NJK

ORDER

16        Having reviewed the parties' summary judgment briefing, the Court concludes

17 that some of Defendants' arguments regarding due process call into question the

18 constitutionality of certain provisions of Chapter 116 of the Nevada Revised Statutes.

19 Pursuant to Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the

20 Attorney General for the State of Nevada that the constitutionality of Chapter 116 of the

21 Nevada Revised Statutes has been called into question in this action.  Pursuant to Rule

22 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this

23 Order to intervene in this action, if it chooses to do so.

24        IT IS THEREFORE ORDERED that the Clerk of Court shall mail a copy of this

25 Order on the Attorney General for the State of Nevada, certified return receipt requested, at

26 each of the following addresses:

1    Catherine Cortez Masto
     Office of the Attorney General
2    100 North Carson Street
     Carson City, Nevada 89701
3
     Catherine Cortez Masto
4    Office of the Attorney General
     Grant Sawyer Building
5    555 E. Washington Avenue, Suite 3900
     Las Vegas, Nevada 89101
6

7          IT IS FURTHER ORDERED that the parties shall forthwith serve a copy of this

8    Order upon the Attorney General for the State of Nevada.

9

10   DATED: March 5, 2014

11   _____
     PHILIP M. PRO
12   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2