UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL INC.; RENEE JOHNSON, and NEVADA LEGAL NEWS, LLC,<br><br>        Defendants. | 2:13-CV-00649-PMP-NJK<br><br><br>ORDER |

   IT IS ORDERED that counsel for the parties shall appear on Monday, May 19, 2014 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a hearing on the parties' positions on whether the Court ought to stay this matter pending a decision by the Nevada Supreme Court in <u>Villa Palms Court 102 Trust v. Riley</u> and <u>SFR Investments Pool 1 v. US Bank, N.A.</u>, both argued before the Nevada Supreme Court sitting en banc on May 7, 2014.

DATED: May 12, 2014

_____
PHILIP M. PRO
United States District Judge