# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL INC.; RENEE JOHNSON, and NEVADA LEGAL NEWS, LLC,<br><br>　　　　Defendants. | 2:13-CV-00649-PMP-NJK<br><br><br>ORDER |

　　　　IT IS ORDERED that Motion to Appear Telephonically at Hearing by Defendant MTC Financial Inc. dba Trustee Corps (Doc. #38) is hereby GRANTED.

DATED: May 14, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　United States District Judge