UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>  Defendants. | 2:13-CV-00649-PMP-NJK<br><br><br>ORDER |

Pursuant to this Court's Orders (Doc. ##41, 43), entered on May 19, 2014, and May 22, 2014,

IT IS ORDERED that the stay in this case is hereby lifted.

IT IS FURTHER ORDERED that the parties shall file any motions for summary judgment they deem appropriate within forty-five (45) days from the date of this Order. In doing so, the parties shall address the Nevada Supreme Court's opinion SFR Investments Pool 1, LLC v. U.S. Bank, N.A., 130 Nev. Adv. Op. No. 75 (Nev. 2014). The parties are advised that the Court will not refer to the prior motions for summary judgment that were pending before the case was stayed. Thus, any motions for summary judgment the parties choose to file must be complete in and of themselves.

DATED: September 24, 2014

_____
PHILIP M. PRO
United States District Judge