1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BOURNE VALLEY COURT TRUST,

      Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

2:13-CV-00649-PMP-NJK

JUDGMENT

14       IT IS ORDERED that Judgment is hereby entered in favor of Plaintiff Bourne

15 Valley Court Trust and against Defendant Wells Fargo Bank, N.A.

16       IT IS FURTHER ORDERED that title to the property described in the attached

17 Grant, Bargain, Sale Deed is hereby quieted in favor of Plaintiff Bourne Valley Court Trust

18 as to any liens or encumbrances asserted by Defendant Wells Fargo Bank, N.A.

19       IT IS FURTHER ORDERED that the Clark County Recorder shall take any such

20 action necessary to give effect to this Judgment.

21

22 DATED: January 23, 2015

23                              PHILIP M. PRO
                               United States District Judge

24

25

26

Inst #: 201205290002139
Fees: $18.00 N/C Fee: $0.00
RPTT: $0.00 Ex: #007
05/29/2012 02:44:44 PM
Receipt #: 1178391
Requestor:
RESOURCE GROUP LLC
Recorded By: SCA   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 124-22-311-021
**RECORDING REQUESTED BY:**

③ - \

**When Recorded Mail Document
and Tax Statement To:**

Bourne Valley Court Trust
900 S. Las Vegas Blvd #810
Las Vegas, NV  89101

RPTT: $ EXEMPT 7

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH:  That Resouces Group LLC, a Nevada Limited Liabiliyt Company
as trustee of the Horse Pointe Avenue Trust dated 05/07/2012 who acquired title as Horse Pointe
Avenue Trust

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, do(es) hereby Grant,
Bargain, Sell and

Convey to Resources Group LLC, a Nevada Limited Liability Company, Trustee of the Bourne Valley
Court Trust dated 05/04/2012

all that real property situated in Clark County, State of Nevada, bounded and described as follows:

PARCEL ONE (1):

LOT TWENTY-ONE (21) IN BLOCK ONE (1) OF THE PARKS UNIT 5, AS SHOWN BY MAP
THEREOF ON FILE IN BOOK 94 OF PLATS, PAGE 26, IN THE OFFICE OF THE COUNTY
RECORDER OF CLARK COUNTY, NEVADA.

EXCEPTING THEREFROM A NON-EXCLUSIVE EASEMENT OF INGRESS AND EGRESS, USE
AND ENJOYMENT OVER THE COMMON ELEMENTS AND PRIVATE STREETS AS SHOWN IN
THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE PARKS
HOMEOWNERS ASSOCIATION RECORDED AUGUST 18, 2000 IN BOOK 20000818 AS
DOCUMENT NO. 01058, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR
SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.


PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT OF INGRESS AND EGRESS, USE AND ENJOYMENT OVER THE
COMMON ELEMENTS AND PRIVATE STREETS AS SHOWN IN THE DECLARATION OF
COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE PARKS HOMEOWNERS
ASSOCIATION RECORDED AUGUST 18, 2000 IN BOOK 20000818 AS DOCUMENT NO. 01058,
AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE
OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

SUBJECT TO:1.  Taxes for the fiscal year 2011-2012

2.  Covenants, Conditions, Reservations, Rights, Rights of Way and Easements now
of record.

Together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

DATED: May 29, 2012

STATE OF _NV_

COUNTY OF _CLARK_

I, _Krysta Sitko_, a Notary Public of the County and State first above written, do hereby certify that Iyad Haddad personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the
_29th of May 2012_

_____
Notary Public _Krysta Sitko_

My Commission Expires: _4/12/16_

(SEAL)

> NOTARY PUBLIC
> STATE OF NEVADA
> County of Clark
> KRYSTA SITKO
> Appt. No. 04-88388-1
> My Appt. Expires April 12, 2016

Horse Pointe Avenue Trust dated 05/07/2012

By: Resouces Group LLC, a Nevada Limited Liability Company

BY:_____
      Iyad Haddad, Manager

## STATE OF NEVADA
## DECLARATION OF VALUE

1. **Assessor Parcel Number(s)**

   a) 124-22-311-021
   b) _____
   c) _____
   d) _____

2. **Type of Property:**

   | | | | | |
   |---|---|---|---|---|
   | a) ☐ | Vacant Land | b) ☒ | Single Fam. Res. | |
   | c) ☐ | Condo/Townhouse | d) ☐ | 2-4 Plex | |
   | e) ☐ | Apt. Bldg. | f) ☐ | Comm'l/Ind'l | |
   | g) ☐ | Agricultural | h) ☐ | Mobile Home | |
   | i) ☐ | Other | | | |

   **FOR RECORDERS OPTIONAL USE ONLY**
   Book: _____ Page: _____
   Date of Recording: _____
   Notes:

   *Cert of Trust  sea*

3.  a) Total Value/Sales Price of Property        $ _____
    b) Deed in Lieu of Foreclosure Only (value of property)  $ _____
    c) Transfer Tax Value:                        $ _____
    d) Real Property Tax Due                      $ 0.00

4. **If Exemption Claimed:**

   a) Transfer Tax Exemption, per NRS 375.090, Section: 7
   b) Explain Reason for Exemption: *TRUST TO TRUST WITHOUT CONSIDERATION*

5. **Partial Interest: Percentage being transferred:** 100.00%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature: _____     Capacity: _____ Grantor
Signature: _____     Capacity: _____ Grantee

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| (Required) | (Required) |
| **Print Name:** Horse Pointe Avenue Trust dated 05/07/2012 | **Print Name:** Bourne Valley Court Trust |
| | *SAME* |
| **Address:** 900 S. Las Vegas Blvd #810 | **Address:** |
| **City, State, Zip:** Las Vegas, NV 89101 | **City, State, Zip:** |

**COMPANY/PERSON REQUESTING RECORDING (required if not the seller or buyer)**
Fidelity National Title Agency of Nevada, Inc.     Escrow #:  FT13-FT00004730-LC
3100 W Sahara Avenue #115
Las Vegas, NV 89102

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)