# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOURNE VALLEY COURT TRUST,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 2:13-cv-00649-JCM-GWF

**ORDER**

On December 14, 2016, the Ninth Circuit issued its Mandate (ECF No. 65) vacating and remanding the judgment of the District Court. On December 15, 2016, the Court ordered that the mandate be spread upon the records of this Court. *See* ECF No. 67. Accordingly,

**IT IS HEREBY ORDERED** that the following scheduling order dates shall apply:

1. Last date to file motions for summary judgment: **February 23, 2017**
2. Last date to file joint pretrial order: **March 27, 2017**. In the event motions for summary judgment are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the motions.

The Court may extend the scheduling order deadlines upon good cause shown by motion or stipulation by the parties.

DATED this 24th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge