James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendant(s). | Case No. 2:13-CV-649 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, case number 2:13-cv-00649-JCM-GWF.

On June 26, 2017, the United States Supreme Court denied the petition for certiorari (case no. 16-1208), thereby concluding appellate proceedings. (*See* ECF No. 74).

In light of the foregoing, the stay is hereby lifted. The parties shall, within thirty (30) days of the entry of this order, meet and confer and file a proposed joint pretrial order in accordance with LR 16-3 and LR 16-4.

Accordingly,

IT IS SO ORDERED.

DATED July 3, 2017.

_____
UNITED STATES DISTRICT JUDGE