Amy F. Sorenson
Nevada Bar No. 12495
Andrew M. Jacobs
Nevada Bar No. 12787
Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
 ajacobs@swlaw.com
 kdove@swlaw.com
*Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL INC., d/b/a TRUSTEE CORPS; and NEVADA LEGAL NEWS, LLC,<br><br>Defendants. | Case No. 2:13-cv-00649-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS (ECF NO. 83)**<br><br>**(First Request)** |
| AND ALL RELATED CASES | |

Pursuant to Local Rules IA 6-1 and 7-1, Wells Fargo Bank, N.A. ("Wells Fargo"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and Bourne Valley Court Trust ("Bourne Valley" and together with Wells Fargo and Freddie Mac, the "Parties"), through their counsel of record, stipulate as follows:

On August 22, 2017, Bourne Valley filed a Motion to Dismiss Freddie Mac's and Wells Fargo's Counterclaim Pursuant to FRCP 12(b)(6) ("Motion") (ECF No. 83). Currently, any response to the Motion is due September 5, 2017, and SFR's reply would be due September 12,

2017. For the convenience of the Parties and in order to address the rapidly evolving law, the Parties stipulate and agree to extend the briefing schedule and the timing for responses and replies to the Motion. The Parties agree that any response to the Motion will be due **September 19, 2017**, with any reply due **October 3, 2017**. The Parties stipulate and agree to the foregoing in good faith. This Stipulation is made for the benefit and convenience of the Parties and is not intended to delay the proceedings in this case.

DATED this 1st day of September, 2017.　　　DATED this 1st day of September, 2017.

KIM GILBERT EBRON　　　　　　　　　　　SNELL & WILMER L.L.P.

By: ___/s/_____　　By: ___/s/ Wayne Klomp_____
　　Diana Cline Ebron, Esq.　　　　　　　　　　Andrew M. Jacobs, Esq.
　　Nevada Bar No. 10580　　　　　　　　　　Nevada Bar No. 12787
　　Jacqueline A. Gilbert, Esq.　　　　　　　　　Kelly H. Dove, Esq.
　　Nevada Bar No. 10593　　　　　　　　　　Nevada Bar No. 10569
　　Karen L. Hanks, Esq.　　　　　　　　　　　Wayne Klomp, Esq.
　　Nevada Bar No. 9578　　　　　　　　　　　Nevada Bar No. 10109
　　7625 Dean Martin Drive, Suite 110　　　　　3883 Howard Hughes Parkway, Suite 1100
　　Las Vegas, NV 89139　　　　　　　　　　　Las Vegas, NV 89169

*Attorneys for Bourne Valley Court Trust*　　　*Attorneys for Wells Fargo Bank, N.A. & Federal Home Loan Mortgage Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: September 5, 2017

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document by the method indicated below:

| | | | |
|---|---|---|---|
| __X__ | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139-5974
Telephone: (702) 485-3300
Fax: (702) 485-3301

*Attorneys for Plaintiff Bourne Valley Court Trust*

DATED this 1st day of September, 2017.

                                           */s/ Lara J. Taylor*
                                           An Employee of Snell & Wilmer L.L.P.