Andrew M. Jacobs
Nevada Bar No. 12787
Kelly H. Dove
Nevada Bar No. 10569
Wayne Klomp
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
       kdove@swlaw.com
       wklomp@swlaw.com
*Attorneys for Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL INC., d/b/a TRUSTEE CORPS; and NEVADA LEGAL NEWS, LLC,<br><br>Defendants. | Case No. 2:13-cv-00649-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS (ECF NO. 90)**<br><br>**(Second Request)** |
| AND ALL RELATED CASES | |

Pursuant to Local Rules IA 6-1 and 7-1, Wells Fargo Bank, N.A. ("Wells Fargo"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), Bourne Valley Court Trust ("Bourne Valley"), and The Parks Homeowners Association ("HOA" and together with Wells Fargo, Freddie Mac, and Bourne Valley the "Parties"), through their counsel of record, stipulate as follows:

On September 8, 2017, the HOA filed a Motion to Dismiss Counterclaim ("Motion") (ECF No. 90). A response to the Motion would have been due September 22, 2017 under the

1  Rules, and the HOA's reply would have been due September 29, 2017. Under the first extension,
2  a response to the Motion was due October 9, 2017, and the HOA's reply would have been due
3  October 16, 2017. For the convenience of the Parties and in order to address the rapidly evolving
4  law, the Parties stipulate and agree to extend the briefing schedule and the timing for responses
5  and replies to the Motion. In addition, the parties are engaging in discussions in an attempt to
6  resolve aspects of this matter, which could narrow further briefing or render it unnecessary.

7  ///

9  ///

11 ///

13 ///

15 ///

17 ///

19 ///

21 ///

23 ///

25 ///

27 ///

The Parties agree that any response to the Motion will be due **October 23, 2017**, with any reply due **October 30, 2017**. The Parties stipulate and agree to the foregoing in good faith. This Stipulation is made for the benefit and convenience of the Parties and is not intended to delay the proceedings in this case.

DATED this 6th day of October, 2017.

KIM GILBERT EBRON

By:   /s/ Diana S. Ebron
   Diana S. Ebron, Esq.
   Nevada Bar No. 10580
   Jacqueline A. Gilbert, Esq.
   Nevada Bar No. 10593
   Karen L. Hanks, Esq.
   Nevada Bar No. 9578
   7625 Dean Martin Drive, Suite 110
   Las Vegas, NV 89139
*Attorneys for Bourne Valley Court Trust*

DATED this 6th day of October, 2017.

GORDON REES SCULLY MANSUKHANI

By:   /s/ David T. Gluth
   Robert S. Larson, Esq.
   Nevada Bar No. 7785
   David T. Gluth, Esq.
   Nevada Bar No. 10596
   300 South Fourth Street, Suite 1550
   Las Vegas, NV 89101
*Attorneys for The Parks Homeowners Assoc.*

DATED this 6th day of October, 2017.

SNELL & WILMER L.L.P.

By:   /s/ Kelly H. Dove
   Andrew M. Jacobs, Esq.
   Nevada Bar No. 12787
   Kelly H. Dove, Esq.
   Nevada Bar No. 10569
   Wayne Klomp, Esq.
   Nevada Bar No. 10109
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 6, 2017

- 3 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document by the method indicated below:

|  |  |  |  |
|---|---|---|---|
| __X__ | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139-5974
Telephone: (702) 485-3300
Fax: (702) 485-3301

*Attorneys for Bourne Valley Court Trust*

Robert S. Larson, Esq.
David T. Gluth, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858

*Attorneys for The Parks Homeowners Association*

DATED this 6th day of October, 2017.

　　　　　　　　　　　　　　　　*/s/ Ruby Lengsavath*
　　　　　　　　　　　　　　　　An Employee of Snell & Wilmer L.L.P.

4852-8087-5857