Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
ajacobs@swlaw.com
kdove@swlaw.com
wklomp@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; RENEE JOHNSON; and NEVADA LEGAL NEWS, LLC<br><br>Defendant. | CASE NO.: 2:13-CV-00649-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WELLS FARGO BANK, N.A. TO FILE ITS REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 107)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, it is hereby stipulated by and between Wells Fargo Bank, N.A. ("Wells Fargo") and Bourne Valley Court Trust ("Bourne Valley", and with Wells Fargo, the "Parties") by and through their respective undersigned counsel of record as follows:

On October 23, 2017, Wells Fargo filed a Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (ECF No. 107, "Motion"). Bourne Valley filed its Response to the Motion (ECF No. 111) on November 6, 2017, and Wells Fargo's Reply in Support of the Motion is currently due November 13, 2017. The Parties stipulate and agree to

extend the time for Wells Fargo to file its Reply in Support of the Motion until **November 20, 2017**. The Parties stipulate and agree to the foregoing in good faith. This Stipulation is made for the benefit and convenience of Wells Fargo and is not intended to delay the proceedings in this case.

DATED this 7th day of November, 2017.   DATED this 7th day of November, 2017.

KIM GILBERT EBRON   SNELL & WILMER L.L.P.

By: */s/ Diana S. Ebron*   By: */s/ Wayne Klomp*
    Diana S. Ebron, Esq.       Andrew M. Jacobs, Esq.
    Nevada Bar No. 10580       Nevada Bar No. 12787
    Jacqueline A. Gilbert, Esq.       Kelly H. Dove, Esq.
    Nevada Bar No. 10593       Nevada Bar No. 10569
    Karen L. Hanks, Esq.       Wayne Klomp, Esq.
    Nevada Bar No. 9578       Nevada Bar No. 10109
    7625 Dean Martin Drive, Suite 110       3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89139       Las Vegas, NV 89169

*Attorneys for Bourne Valley Court Trust*   *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 8, 2017

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document by the method indicated below:

| | | | |
|---|---|---|---|
| XXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139-5974
Telephone: (702) 485-3300
Fax: (702) 485-3301

*Attorneys for Bourne Valley Court Trust*

DATED this 7th day of November, 2017.

                                                     */s/ Lara J. Taylor*
                                                   An Employee of Snell & Wilmer L.L.P.

4812-3585-0068