DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BOURNE VALLEY COURT TRUST*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; RENEE JOHNSON; and NEVADA LEGAL NEWS, LLC<br>Defendant,<br><br>Defendants. | Case No. 2:13-CV-00649-JCM-GWF<br><br>**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE FOR NON-PARTY FREDDIE MAC'S MOTION FOR PROTECTIVE ORDER [ECF NO. 115]**<br><br>**(First Request)** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br>Counter-Claimants,<br><br>vs.<br><br>BOURNE VALLEY COURT TRUST; THE PARKS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FULLER JENKINS, a Nevada association,<br><br>Counter-Defendant/Cross-Defendants. | |

BOURNE VALLEY COURT TRUST ("Bourne Valley") hereby moves to extend the

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

deadline for Bourne Valley to respond to Federal Home Loan Mortgage Corporation's ("Freddie Mac") Motion for Protective Order [ECF No. 115] as follows:

1. Freddie Mac filed its Motion for Protective Order on Friday, December 22, 2017. [ECF No. 115]. Any response is currently due on **Friday, January 5, 2018**.

2. The parties agree to continue the response deadline to Freddie Mac's Motion for Protective Order one business day to **Monday, January 8, 2018**. Bourne Valley received written confirmation from counsel for Freddie Mac, counsel for Wells Fargo Bank, N.A. and counsel for the Parks Homeowners Association that they do not object to the short extension. However, Bourne was unable to prepare, circulate and obtain signatures on a stipulation before the close of business.

3. This is the first request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested by Bourne Valley is requested due to the holidays and sickness of counsel.

DATED this 5th day of January, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for Bourne Valley Court Trust*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1/08/2018

- 2 -