JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Bourne Valley Court Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; RENEE JOHNSON; and NEVADA LEGAL NEWS, LLC,<br><br>Defendants. | Case No.: 2:13-cv-00649-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 136]** |

Plaintiff BOURNE VALLEY COURT TRUST ("**Bourne Valley**") and WELLS FARGO BANK, N.A. ("**Wells Fargo**") (collectively, the "**Parties**"), through their undersigned counsel of record, hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 26-4, extending the date for Bourne Valley to file its response to Wells Fargo's motion for summary judgment [ECF No. 136] from its current due date of Wednesday, April 18, 2018, to **May 2, 2018**. This is the first request to extend the deadline to respond to Wells Fargo's motion for summary judgment.

On March 28, 2018, Wells Fargo filed its motion for summary judgment based on 12 U.S.C. § 4617(j)(3), Freddie Mac's interest in the subject property, the servicing relationship between Freddie Mac and Wells Fargo, and the lack of consent to the foreclosure by the Federal

Housing Finance Agency ("FHFA") [ECF No. 136]. Bourne Valley's opposition to the motion is currently due on Wednesday, April 18, 2018.

### I. Good Cause Exists for Extending the Deadline to Respond to Wells Fargo's Motion

The deadline the Parties seek to extend has not expired. This Stipulation is made for the benefit and convenience of the Parties. This request is not made for any deleterious purpose or to cause delay, but is made in good faith by the Parties.

### II. Proposed Schedule

The Parties respectfully request that the Court grant this Stipulation and extend the deadline for Bourne Valley to respond to Wells Fargo's motion for summary judgment to May 2, 2018.

DATED this __18th__ day of April, 2018.

**KIM GILBERT EBRON**

*/s/Jacqueline A. Gilbert*
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
*Attorneys for Bourne Valley Court Trust*

DATED this __18th__ day of April, 2018.

**SNELL & WILMER, LLP**

*/s/Wayne Klomp*
WAYNE KLOMP, ESQ.
Nevada Bar No. 10109
ANDREW M. JACOBS, ESQ.
Nevada Bar No. 12787
KELLY H. DOVE, ESQ.
Nevada Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___April 19, 2018___

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2018, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 136]**

Leslie Bryan Hart, Esq.
John D. Tennert, Esq.
300 E. Second Street, Suite 1510
Reno, Nevada 89501
*Attorney for Federal Home Loan Mortgage Corporation*

David T. Gluth II
Robert S. Larsen, Esq.
GORDON REES SCULLY MANSUKHANI LLP
300 S. Fourth St., Suite 1550
Las Vegas, NV 89101
dgluth@grsm.com
rlarsen@gordonrees.com
*Attorneys for The Parks Homeowners Assoc.*

Andrew M. Jacobs
Snell & Wilmer L.L.P.
One South Church Avenue
Tucson, AZ 85701
520-882-1207
Fax: 520-884-1294
Email: ajacobs@swlaw.com
*Attorney for Wells Fargo Bank, N.A.*

Kelly H. Dove
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 784-5200
Fax: (702) 784-5252
Email: kdove@swlaw.com
*Attorneys for Wells Fargo Bank, N.A.*

Wayne O. Klomp
Snell & Wilmer L.L.P.
50 W Liberty St Ste 510
Reno, NV 89501-1961
(775) 785-5440
Fax: (775) 785-5441
Email: wklomp@swlaw.com
*Attorney for Wells Fargo Bank, N.A.*

*/s/Alexander Loglia*
An employee of KIM GILBERT EBRON