UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOURNE VALLEY COURT TRUST, | Case No. 2:13-CV-649 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendant(s). | |

Presently before the court is defendant Bourne Valley Court Trust's ("Bourne Valley") motions to extend dispositive motions deadline and to extend deadline to file response to plaintiff Wells Fargo Bank, N.A.'s ("Wells Fargo") motion for summary judgment. (ECF Nos. 139, 140).

On December 22, 2017, non-party Federal Home Loan Mortgage Corporation ("Freddie Mac") filed a motion for protective order (ECF No. 115) seeking to avoid a deposition pursuant to a subpoena served by Bourne Valley. On February 15, 2018, the magistrate judge denied Freddie Mac's motion for protective order. (ECF No. 128). On March 1, 2018, Freddie Mac filed a motion to reconsider the magistrate judge's order. (ECF No. 133). Bourne Valley filed an opposition to Freddie Mac's motion to reconsider. (ECF No. 135).

On March 28, 2018 Wells Fargo filed a motion for summary judgment. (ECF No. 136). On April 19, 2018, the parties stipulated to extend the deadline for Bourne Valley to respond to Wells Fargo's motion for summary judgment to May 2, 2018. (ECF No. 138).

In the instant motions, Bourne Valley requests that the dispositive motions deadline be extended for sixty-two days, until July 30, 2018. (ECF Nos. 139, 140). Bourne Valley also requests that the deadline for Bourne Valley to respond to Wells Fargo's motion for summary

judgment be extended to sixty days after the court rules on Freddie Mac's motion to reconsider the magistrate judge's order denying Freddie Mac's motion for protective order. *Id.*

Bourne Valley contends that the requested extension is the result of Freddie Mac's motion to reconsider the magistrate's denial of Freddie Mac's motion for protective order. (ECF Nos. 139, 140). Bourne Valley argues that the deposition at issue is essential to Bourne Valley's ability to fully and properly respond to Wells Fargo's motion for summary judgment. *Id.*

The court will grant Bourne Valley's request to extend the dispositive motions deadline to July 30, 2018. The court will also grant Bourne Valley's request to extend the deadline for Bourne Valley to respond to Wells Fargo's motion for summary judgment to sixty days after the court issues an order on Freddie Mac's motion to reconsider the magistrate judge's denial of Freddie Mac's motion for protective order (ECF No. 133).

Accordingly,

IT IS HEREBY ORDERED that Bourne Valley's motions to extend time (ECF Nos. 139, 140) be, and the same hereby are, GRANTED consistent with the foregoing.

DATED May 3, 2018.

_____
UNITED STATES DISTRICT JUDGE