Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
ajacobs@swlaw.com
kdove@swlaw.com
wklomp@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; RENEE JOHNSON; and NEVADA LEGAL NEWS, LLC<br><br>Defendant. | CASE NO.: 2:13-CV-00649-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |

Wells Fargo Bank, N.A. ("Wells Fargo") and Bourne Valley Court Trust ("Bourne Valley", and with Wells Fargo, the "Parties") through their counsel of record hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, extending the time for Wells Fargo to file its reply in support of its Motion to Stay Discovery (ECF No. 142) from its current due date of May 25, 2018, until **Friday, June 1, 2018**.

This stipulation and extension is made by the Parties in good faith. The Stipulation is made for the benefit and convenience of Wells Fargo and not for any deleterious purpose. The

extension is not intended to delay the proceedings.

DATED this 22nd day of May, 2018.

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
   Diana S. Ebron, Esq.
   Nevada Bar No. 10580
   Jacqueline A. Gilbert, Esq.
   Nevada Bar No. 10593
   Karen L. Hanks, Esq.
   Nevada Bar No. 9578
   7625 Dean Martin Drive, Suite 110
   Las Vegas, NV 89139

*Attorneys for Bourne Valley Court Trust*

DATED this 22nd day of May, 2018.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
   Andrew M. Jacobs, Esq.
   Nevada Bar No. 12787
   Kelly H. Dove, Esq.
   Nevada Bar No. 10569
   Wayne Klomp, Esq.
   Nevada Bar No. 10109
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169

*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:__5/23/2018_____