James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOURNE VALLEY COURT TRUST, | Case No. 2:13-CV-649 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Wells Fargo Bank, N.A.'s ("Wells Fargo") and defendant Bourne Valley Court Trust's ("Bourne Valley") stipulation to extend dispositive motions deadline. (ECF No. 149).

On December 22, 2017, non-party Federal Home Loan Mortgage Corporation ("Freddie Mac") filed a motion for protective order (ECF No. 115) seeking to avoid a deposition pursuant to a subpoena served by Bourne Valley. On February 15, 2018, the magistrate judge denied Freddie Mac's motion for protective order. (ECF No. 128). On March 1, 2018, Freddie Mac filed a motion to reconsider the magistrate judge's order. (ECF No. 133). Bourne Valley filed an opposition to Freddie Mac's motion to reconsider. (ECF No. 135).

On March 28, 2018, Wells Fargo filed a motion for summary judgment. (ECF No. 136). On May 3, 2018, the court extended the deadline to file dispositive motions until July 30, 2018. (ECF No. 141). The court also extended the deadline for Bourne Valley to respond to Wells Fargo's motion for summary judgment until sixty (60) days after the court decides Freddie Mac's motion to reconsider. *Id*. On July 17, 2018, the magistrate judge stayed discovery until 14 days after the court rules on Wells Fargo's motion for summary judgment. (ECF No. 148).

Now, the parties request that the dispositive motions deadline be extended for sixty (60) days, until September 28, 2018. (ECF No. 149). The parties also request a status conference to clarify the magistrate judge's order staying discovery. (ECF No. 149). The parties disagree on whether the magistrate judge's order staying discovery reverses the magistrate judge's order denying Freddie Mac's protective order. *Id.*

In light of the pending motions, the court will grant the stipulation to extend the dispositive motions deadline to September 28, 2018.

Further, the magistrate judge's order staying discovery does not refer to the status of the order denying Freddie Mac's protective order. It merely stays discovery until this court rules on Wells Fargo's motion for summary judgment. *See* (ECF No. 148). The court will determine the status of the magistrate judge's order denying Freddie Mac's protective order when it rules on Freddie Mac's motion for reconsideration.

Accordingly,

IT IS HEREBY ORDERED that Bourne Valley's motion to extend time (ECF No. 149) be, and the same hereby is, GRANTED consistent with the foregoing.

DATED August 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -