1  Andrew M. Jacobs, Esq.
   Nevada Bar No. 12787
2  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
3  Wayne Klomp, Esq.
   Nevada Bar No. 10109
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Tel. (702) 784-5200
6  Fax. (702) 784-5252
   ajacobs@swlaw.com
7  kdove@swlaw.com
   wklomp@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOURNE VALLEY COURT TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; RENEE JOHNSON; and NEVADA LEGAL NEWS, LLC <br><br> Defendant. | CASE NO.: 2:13-CV-00649-JCM-GWF <br><br> **STIPULATION AND ORDER TO COORDINATE BRIEFING SCHEDULES ON MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |

Wells Fargo Bank, N.A. ("Wells Fargo") and Bourne Valley Court Trust ("Bourne Valley", and with Wells Fargo, the "Parties") through their counsel of record hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, coordinating the briefing schedules on Wells Fargo's Motion for Summary Judgment filed on (ECF No. 136) and Bourne Valley's Motion for Summary Judgment filed on (ECF No. 153). The Parties request that any response to the Motions for Summary Judgment be extended to **November 19, 2018**. Currently, Wells Fargo's response is due October 19, 2018. Bourne Valley's response is due

November 22, 2018. Additionally, because the Parties would then be required to draft a reply over the Thanksgiving holiday, the Parties agree that deadline for any reply should be extended from December 3, 2018 to **December 10, 2018**.

Wells Fargo filed its Motion for Summary Judgment on March 28, 2018 (ECF NO. 136). The Parties then stipulated to extend the time for Bourne Valley to respond to Wells Fargo's motion until May 2, 2018—this was granted on April 19, 2018. Order (ECF No. 138). Thereafter, Bourne Valley moved to extend its time to respond to Wells Fargo's Motion for Summary Judgment until after the Court considered Bourne Valley's the Court granted Bourne Valley's request to extend its time to respond to Wells Fargo's Motion for Summary Judgment until after the Court ruled on a motion by non-party Federal Home Loan Mortgage Corporation's ("Freddie Mac") motion to reconsider the order denying Freddie Mac's motion for protective order. Motion to Extend Deadline (ECF No. 139).

On May 3, 2018, the Court granted Bourne Valley's request, extending its time to respond to Wells Fargo's Motion for Summary Judgment "to sixty days after the court issues an order on Freddie Mac's motion to reconsider the Magistrate Judge's denial of Freddie Mac's motion for protective order (ECF No. 133)." *See* Order at 2 (ECF No. 141). On July 17, 2018, the Magistrate Judge entered an order granting Wells Fargo's motion to stay discovery. Order (ECF No. 148). On September 20, 2018, the Court issued an order denying Freddie Mac's motion for reconsideration, thereby triggering Bourne Valley's deadline to respond to Wells Fargo's Motion for Summary Judgment. Order (ECF No. 152). Bourne Valley's response to Wells Fargo's Motion for Summary Judgment is now due November 19, 2018.

On September 28, 2018, Bourne Valley filed its own Motion for Summary Judgment (ECF No. 153), and Wells Fargo's response is currently due October 19, 2018.

In an effort to coordinate the briefing schedules on the multiple motions for summary judgment, the Parties agree and stipulate that any response to the now-pending summary judgment motions (ECF Nos. 138, 153) shall be due by **November 19, 2018**, and any reply will be due **December 10, 2018**.

///

This Stipulation and extension is made by the Parties in good faith. The Stipulation is made for the benefit and convenience of the Parties and not for any deleterious purpose. The extension is not intended to delay the proceedings nor cause any prejudice to either party.

DATED this 17th day of October, 2018.

KIM GILBERT EBRON

By: _/s/ Diana S. Ebron_
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV 89139

*Attorneys for Bourne Valley Court Trust*

DATED this 17th day of October, 2018.

SNELL & WILMER L.L.P.

By: _/s/ Wayne Klomp_
    Andrew M. Jacobs, Esq.
    Nevada Bar No. 12787
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2018

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document by the method indicated below:

| XXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
|---|---|---|---|
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139-5974
Telephone: (702) 485-3300
Fax: (702) 485-3301

*Attorneys for Bourne Valley Court Trust*

DATED this 17th day of October, 2018.

                                                   */s/ Lara J. Taylor*
                                                 An Employee of Snell & Wilmer L.L.P.

4824-2529-8808