Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
ajacobs@swlaw.com
kdove@swlaw.com
wklomp@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOURNE VALLEY COURT TRUST, | CASE NO.: 2:13-CV-00649-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO BOURNE VALLEY'S COUNTERMOTION FOR FRCP 56(d) RELIEF IN THE ALTERNATIVE** |
| WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; RENEE JOHNSON; and NEVADA LEGAL NEWS, LLC | |
| Defendant. | **(First Request)** |

Wells Fargo Bank, N.A. ("Wells Fargo") and Bourne Valley Court Trust ("Bourne Valley", and with Wells Fargo, the "Parties") through their counsel of record hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, extending the time for Wells Fargo to file its response to Bourne Valley's Countermotion for FRCP 56(d) Relief in the Alternative ("Countermotion" ECF No. 158) from its current due date of December 3, 2018, until **Tuesday, December 11, 2018**.

Bourne Valley's Countermotion was filed in conjunction with its Response (ECF No. 157) to Wells Fargo's Motion for Summary Judgment (ECF No. 136). Upon the filing of Bourne

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

1  Valley's Motion for Summary Judgment (ECF No. 153), the Parties stipulated to coordinate the

2  briefing of their respective motions for summary judgment.  *See* Stipulation and Order to

3  Coordinate Briefing Schedules (ECF No. 154).  The Court ordered the Parties to file their replies

4  in support of their respective motions for summary judgment by December 10, 2018.  Order (ECF

5  No. 155).  Because Bourne Valley's Countermotion relates to and contains arguments related to

6  Wells Fargo's Motion for Summary Judgment, the Parties stipulate and agree that Wells Fargo

7  can file its response to the Countermotion with its reply in support of its motion for summary

8  judgment, currently due December 10, 2018.

9         This stipulation and extension is made by the Parties in good faith.  The Stipulation is

10  made for the benefit and convenience of Wells Fargo and not for any deleterious purpose.  The

11  extension is not intended to delay the proceedings.

12  DATED this 3rd day of December, 2018.        DATED this 3rd day of December, 2018.

13  KIM GILBERT EBRON                          SNELL & WILMER L.L.P.

14
    By:    */s/ Jacqueline A. Gilbert*            By:    */s/ Wayne Klomp*
15     Diana S. Ebron, Esq.                         Andrew M. Jacobs, Esq.
       Nevada Bar No. 10580                         Nevada Bar No. 12787
16     Jacqueline A. Gilbert, Esq.                  Kelly H. Dove, Esq.
       Nevada Bar No. 10593                          Nevada Bar No. 10569
17     Karen L. Hanks, Esq.                         Wayne Klomp, Esq.
       Nevada Bar No. 9578                          Nevada Bar No. 10109
18     7625 Dean Martin Drive, Suite 110           3883 Howard Hughes Parkway, Suite 1100
       Las Vegas, NV  89139                         Las Vegas, NV 89169
19
20  *Attorneys for Bourne Valley Court Trust*       *Attorneys for Wells Fargo Bank, N.A.*

21

22

23

24

25         **IT IS SO ORDERED.**

26                                        _____
                                          UNITED STATES DISTRICT JUDGE
27
                                          DATED: December 3, 2018
28                                        _____

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document by the method indicated below:

XXXX    Electronic Service (CM/ECF)    _____    Federal Express

_____    U.S. Mail    _____    U.S. Certified Mail

_____    Facsimile Transmission    _____    Hand Delivery

_____    Email Transmission    _____    Overnight Mail

and addressed to the following:

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139-5974
Telephone: (702) 485-3300
Fax: (702) 485-3301

*Attorneys for Bourne Valley Court Trust*

DATED this 3rd day of December, 2018.

        */s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.

4822-3024-1409

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200