AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bourne Valley Court Trust

                Plaintiff,

v.

Wells Fargo Bank, N.A. et al

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  2:13-cv-00649-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Defendant Wells Fargo Bank, N.A. and against Plaintiff Bourne Valley Court Trust.

1/11/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk