Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
ajacobs@swlaw.com
kdove@swlaw.com
wklomp@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOURNE VALLEY COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; RENEE JOHNSON; and NEVADA LEGAL NEWS, LLC<br><br>Defendant. | CASE NO.: 2:13-CV-00649-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO BRIEF BOURNE VALLEY'S MOTION FOR RECONSIDERATION**<br><br>**(First Request)** |

Wells Fargo Bank, N.A. ("Wells Fargo") and Bourne Valley Court Trust ("Bourne Valley", and with Wells Fargo, the "Parties") through their counsel of record hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, extending the briefing schedule on Bourne Valley's Motion for Reconsideration of Order Denying Plaintiff Bourne Valley's Motion for Summary Judgment and Granting Wells Fargo's Motion for Summary Judgment ("Motion" ECF No. 168). Currently, Wells Fargo's response is due February 22, 2019. The Parties jointly request a two-week extension of the deadline for Wells Fargo's response making the response due **Friday, March 8, 2019**. The Parties further request an extension of the deadline for Bourne Valley

to file its reply brief which would be March 15, 2019 if Wells Fargo's response deadline is extended. The parties request a two-week extension of that deadline making Bourne Valley's reply due **Friday, March 29, 2019**.

This stipulation and extension is made by the Parties in good faith. The Stipulation is made for the benefit and convenience of Wells Fargo and not for any deleterious purpose. The extension is not intended to delay the proceedings.

DATED this 13th day of February, 2019.

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV 89139

*Attorneys for Bourne Valley Court Trust*

DATED this 13th of February, 2019.

SNELL & WILMER L.L.P.

By: /s/ Wayne Klomp
    Andrew M. Jacobs, Esq.
    Nevada Bar No. 12787
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 15, 2019

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document by the method indicated below:

| | | | |
|---|---|---|---|
| XXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139-5974
Telephone: (702) 485-3300
Fax: (702) 485-3301

*Attorneys for Bourne Valley Court Trust*

DATED this 13th day of February, 2019.

                                           */s/ Lara J. Taylor*
                                           An Employee of Snell & Wilmer L.L.P.